No. 747. NEMOURS *v.* CITY OF CLAYTON; and
No. 748. NEMOURS *v.* CITY OF CLAYTON. January 29, 1945. *Per Curiam:* The appeals are dismissed for want of a substantial federal question. Cf. *Fischer* v. *St. Louis,* 194

U. S. 361; *Bacon* v. *Walker,* 204 U. S. 311; *Cusack Co.* v. *Chicago,* 242 U. S. 526. *Mr. J. L. London* for appellants.